UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GLENN LIVINGSTON,

    Petitioner,

v.                                  Case No. 8:05-cv-00234-EAK-TGW

JAMES R. MCDONOUGH,

    Respondent.
_____/

## ORDER

This cause is before the court upon Petitioner Glenn Livingston's ("Livingston") motion for extension of time to file a notice of appeal, (Dkt. 29), which was received by the Court on April 2, 2007. By order entered on January 26, 2007, this Court denied Livingston's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Dkt. 20). On March 2, 2007, the Court entered an order denying Livingston's motion for reconsideration and motion to alter judgment. (Dkt. 26). In the instant motion, Livingston requests additional time to file a notice of appeal of the denial of the motion for reconsideration and motion to alter judgment, application to proceed in forma pauperis, and application for certificate of appealability. Relying upon the time limits set forth in Fed. R. Civ. P. 4, Livingston contends that he needs the additional time to prepare these documents due to his placement in institutional confinement from February 22, 2007, to March 26, 2007, and his inability to access his legal documents while so confined. Livingston requests twenty days from the date of this Court's order on the instant motion to file his notice of appeal.

Accordingly, the Court orders:

That Livingston's motion for extension of time to file a notice of appeal (Dkt. 29) is GRANTED. Livingston shall file his notice of appeal within twenty (20) days of the date of entry of this Order.

ORDERED at Tampa, Florida, on __APRIL 4th__, 2007.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Glenn Livingston
Counsel of record